**Billy Ray O'NEAL, Plaintiff— Appellant,**

v.

**COUNTY OF SAN FRANCISCO; et al., Defendants—Appellees.**

No. 09–16569.

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2011.*

Filed June 8, 2011.

Billy Ray O'Neal, San Francisco, CA, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Andrew M. Gschwind, Esquire, San Francisco City Attorney's Office, San Francisco, CA, for Defendants–Appellees.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

Billy Ray O'Neal, a California state prisoner, appeals pro se from the district court's order dismissing without prejudice his 42 U.S.C. § 1983 action alleging excessive force. We review for an abuse of discretion a district court's dismissal under its local rules. *Ghazali v. Moran,* 46 F.3d 52, 53 (9th Cir.1995) (per curiam). We reverse and remand.

Under the circumstances set forth in O'Neal's briefs and the district court record, dismissal of the action was an abuse of discretion.

O'Neal's motion to file a supplemental opening brief, filed on March 8, 2011, is granted.

**REVERSED and REMANDED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.